```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZIYUE GUO and STANLEY SU                         :
                                                 :    23-CV-7486 (AT) (RWL)
                           Plaintiffs,           :
                                                 :
          - against -                            :    ORDER
                                                 :
XIN YAO, LUYANG GAO, KEYU SUN,                   :
STARFIELDS CAPITAL MANAGEMENT LLC,               :
and LEAFIRE INC.                                 :
                                                 :
                           Defendants.           :
                                                 :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves the outstanding issue from the Court's June 27, 2024 order (Dkt. 80 at paragraphs 2-4) and addressed by the parties' correspondence at Dkt. 81-82. The Court finds that Plaintiffs' counsel has complied with his obligations as required by the order. Having considered the parties' arguments and all prior proceedings, and principally for the reasons as set forth in Plaintiffs' counsel's letter at Dkt. 81, along with those set forth in his previous filings supporting his motion to withdraw as counsel, it is hereby ordered that:

1. The motion of Plaintiffs' counsel to withdraw is granted in its entirety. To the extent future discovery reveals any misconduct by counsel in connection with evidence presented by Plaintiffs, which at this juncture remains entirely speculative, the rules of professional conduct and the inherent power of the Court provide sufficient means to address the matter.

2. Defendants' application with respect to compelling Plaintiff to retain an e-discovery vendor to image the Telegram message's native file and/or the entirety of

1

Plaintiff Guo's phone is denied without prejudice as premature under the Court's order at Dkt. 80.  Upon lifting of the stay on July 29, 2024, Defendants may renew their application, provided they first fulfill the obligation to meet and confer with Plaintiffs directly, if they are proceeding pro se, or Plaintiffs' counsel, in the event Plaintiffs have retained new counsel.

The Clerk of Court is respectfully directed to terminate Heng Wang and Heng Wang & Associates, P.C. as counsel for Plaintiffs.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 11, 2024
        New York, New York

Copies transmitted this date to all counsel of record.