UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZIYUE GUO and STANLEY SU,

           Plaintiffs,

-against-

XIN YAO, LUYANG GAO, KEYU SUN, STARFIELDS CAPITAL MANAGEMENT LLC, and LEAFIRE INC.,

           Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/2024
```

23 Civ. 7486 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The case management conference scheduled for September 10, 2024, is ADJOURNED to **October 28, 2024**, at **11:00 a.m.**

SO ORDERED.

Dated: September 5, 2024
      New York, New York

*[signature]*
ANALISA TORRES
United States District Judge