```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZIYUE GUO and STANLEY SU                       :
                                               :    23-CV-7486 (AT) (RWL)
                             Plaintiffs,       :
                                               :
          - against -                          :    ORDER
                                               :
XIN YAO, LUYANG GAO, KEYU SUN,                 :
STARFIELDS CAPITAL MANAGEMENT LLC,             :
and LEAFIRE INC.                               :
                                               :
                             Defendants.       :
                                               :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

  This order resolves the Leafire Defendants' request for a conference to address certain discovery disputes, namely, that the Court (1) find that Plaintiffs waived their objections to interrogatories and should be sanctioned for failure to respond; (2) require Plaintiffs to cooperate and use an e-discovery vendor to assist with discovery; and (3) direct Plaintiffs to disclose why they failed to identify certain witnesses in initial disclosures. (See Dkt. 88.) Having considered the parties' correspondence and prior proceedings:

  1. The Court finds that Plaintiffs substantially complied with the Court's order previously compelling Plaintiffs to respond to interrogatories. The request for sanctions or a finding that objections are waived is denied.

  2. Plaintiffs have indicated they are seeking quotes from an e-discovery vendor and request the opportunity for an additional meet and confer before the Court need address the ESI issue. The Court will schedule a discovery conference. Plaintiffs shall complete the e-discovery vendor inquiry and the meet and confer process before

1

the conference, and the parties shall file a joint status letter at least two days before the conference.

      3.    The request for an explanation from Plaintiffs in connection with their initial disclosures is denied. A party is allowed to amend their initial disclosures to identify additional witnesses upon whom they are likely to rely.

The Clerk of Court is directed to terminate the letter motion at Dkt. 88.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 30, 2024
      New York, New York

Copies transmitted this date to all counsel of record.