UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZIYUE GUO and STANLEY SU,

                   Plaintiffs,

           - against -

XIN YAO, LUYANG GAO, KEYU SUN,
STARFIELDS CAPITAL MANAGEMENT LLC,
and LEAFIRE INC.,

                   Defendants.
------------------------------------------------------------X

23-CV-7486 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed at the discovery conference held via Microsoft Teams on October 25, 2024:

      1.  The parties shall each retain an ESI vendor to assist with locating, extracting, and maintaining the integrity of communications and associated metadata.

      2.  The parties shall meet and confer and by November 8, 2024, shall jointly file proposed new deadlines for the remainder of the case.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 25, 2024
       New York, New York

Copies transmitted this date to all counsel of record.